CHARLES BESSEY, Respondent, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Another, Appellants.— Judgment and order unanimously

affirmed, with costs.    No opinion.    Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.